U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 05 2017

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHNNY MAYALA GEORGES | CIVIL ACTION NO. 6:17-cv-00495<br>Section P |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition for writ of *habeas corpus* relief under 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE for lack of jurisdiction, consistent with the report and recommendation.

Lafayette, Louisiana, this 5th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE